Arturo B. VILLARUEL, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2009–3212.

United States Court of Appeals,
Federal Circuit.

Oct. 13, 2009.

ON MOTION

*ORDER*

Petitioner moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The mandate will issue in due course.

Anatoly ROZENBLAT, Plaintiff–
Appellant,

v.

David J. KAPPOS, Under Secretary of
Commerce for Intellectual Property
and Director of the United States Pat-
ent and Trademark Office, Defen-
dant–Appellee.

No. 2009–1278.

United States Court of Appeals,
Federal Circuit.

Oct. 13, 2009.

Anatoly Rozenblat, Chicago, IL, pro se.

R. Craig Lawrence, U.S. Attorneys Of-
fice, Washington, DC, for Defendant–Ap-
pellee.

Before NEWMAN, Circuit Judge,
RADER, Circuit Judge, and LINN,
Circuit Judge.

**ORDER**

A petition for rehearing having been
filed by the Appellant,

UPON CONSIDERATION THEREOF,
it is

ORDERED that the petition for rehear-
ing be, and the same hereby is, DENIED.

The mandate of the court will issue on
November 9, 2009.